UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT DALE HANINGTON and ROBIN HANINGTON, Personal Representatives of the Estate of William B. Hanington; et al., | Case No.: 3:19-cv-01533-MO |
| Plaintiffs, | |
| v. | JOINT STATUS REPORT |
| MULTNOMAH COUNTY, a municipality; et al., | |
| Defendants. | |

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

Pursuant to ECF No. 82, the Parties provide the Court with this status report.

The case has settled. The Parties have executed a settlement agreement. Local counsel is in the process of filing pleadings with the probate court to approve the settlement and the distribution of funds the parties.

Respectfully submitted this 22nd day of September, 2022.

s/Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
Attorney for Plaintiffs, admitted *Pro Hac*
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509 Fax: (206) 299-7690
Email: ryan@galandabroadman.com

s/Mark Kramer
Mark Kramer, OSB # 814977
Attorney for Plaintiffs
520 SW Sixth Avenue #1010
Portland, OR 97204-1595
mark@kramer-associates.com

/s/ Andrew T. Weiner
Andrew T. Weiner, OSB No. 115485
Assistant County Attorney for Multnomah County Defendants

JOINT STATUS REPORT - 2

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509