UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUN 2 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ROBERT DALE HANINGTON, in his
personal capacity and in his capacity as
Personal Representative of the Estate of
William B. Hanington; ROBIN
HANINGTON, in her personal capacity and
in her capacity as Personal Representative of
the Estate of William B. Hanington,

Plaintiffs-Appellants,

and

A.H., by and through Guardian ad Litem,
Robin Hanington,

Plaintiff,

v.

COUNTY OF MULTNOMAH, a
municipality; et al.,

Defendants,

and

MICHAEL REESE, in his personal capacity;
et al.,

Defendants-Appellees.

No. 22-35282

D.C. No. 3:19-cv-01533-MO
District of Oregon,
Portland

ORDER

Mediation

Pursuant to the stipulation of the parties (Docket Entry No. 25), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator